IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA McDANIEL, individually and as guardian and conservator of KIRBY LEE McDANIEL, JR., an incapacitated person,<br><br>    Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Civil Action File<br>No.: 1:12-CV-01470-RLV |

**CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL**

COMES NOW, Ford Motor Company ("Ford"), by and through the undersigned counsel and certifies that on April 12, 2013, it served a true and correct copy of the following on counsel for Plaintiff:

- Ford Motor Company's Designation of Expert Witnesses

/s/ Audrey K. Berland
Michael R. Boorman, Esq.
Georgia Bar No. 067798
Audrey K. Berland, Esq.
Georgia Bar No. 591485
999 Peachtree Street, NE
Suite 950
Atlanta, Georgia 30309
Telephone: (404) 892-4022
Facsimile: (404) 892-4033

Paul F. Malek, Esq.
*Admitted Pro Hac Vice*
Huie, Fernambucq & Stewart, LLP
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
Telephone: (205) 251-1193
Facsimile: (205) 251-1256
PMalek@huielaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2013, I electronically filed the foregoing CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

M. Gino Brogdon, Sr., Esq.
Law Office of M. Gino Brogdon, Sr.
174 Walthall Street
Atlanta, Georgia 30316
mginob@gmail.com

R. Timothy Morrison, Esq.
M.J. Blakely, Jr., Esq.
Jay F. Hirsch, Esq.
Pope, McGlamry, Kilpatrick,
   Morrison & Norwood, PC
The Pinnacle, Suite 925
3455 Peachtree Road, N.E.
Atlanta, Georgia 30326-3243
efile@pmkm.com

Paul V. Kilpatrick, Esq.
David C. Rayfield, Esq.
Pope, McGlamry, Kilpatrick,
   Morrison & Norwood, PC
1111 Bay Avenue, Suite 450
Columbus, Georgia 31901-2412
efile@pmkm.com

Thomas P. Willingham, Esq.
Law Offices of Thomas Willingham, P.C.
3800 Colonnade Parkway
Suite 330
Birmingham, Alabama 35242
tom@tpwpc.com

/s/ Audrey K. Berland
Audrey K. Berland, Esq.