IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA McDANIEL, Individually, ) <br> and as guardian and conservator ) <br> of KIRBY LEE McDANIEL, JR., an ) <br> incapacitated person, ) <br>    ) <br>      Plaintiff, ) <br>    ) <br> v. ) <br>    ) <br> FORD MOTOR COMPANY, ) <br>    ) <br>      Defendant. ) | Civil Action File <br> No.: 1:12-cv-01470-RLV |

**FORD MOTOR COMPANY'S MOTION TO PRECLUDE
EVIDENCE OF ALTERNATIVE DESIGN
<u>OR, IN THE ALTERNATIVE, MOTION TO COMPEL</u>**

COMES NOW Ford Motor Company ("Ford") and files this Motion pursuant to FED. R. CIV. P. 37 and LR 37.1 moving this Court to preclude, or in the alternative, to compel a response to its written discovery requests related to alternative designs, if any (Interrogatory No. 18 and Request for Production No. 11).

Counsel for Ford certifies pursuant to FED. R. CIV. P. 37(a)(1), FED. R. CIV. P. 37(d)(1)(B) and LR 37.1 that, in good faith, it has made an effort to confer with Plaintiff to obtain the discovery responses and that such efforts have been unavailing. Ford respectfully refers the Court to its Memorandum of Law in support of this motion, filed herewith.

**Ford respectfully requests that the discovery issues raised in its Memorandum of Law filed in support of this Motion be addressed at the hearing scheduled to take place May 7, 2013 at 10:00 a.m.**

Respectfully submitted this 1st day of May, 2013.

*/s/ Michael R. Boorman, Esq.*
Michael R. Boorman, Esq.
Georgia Bar No. 067798
Audrey K. Berland, Esq.
Georgia Bar No. 591485

HUFF, POWELL & BAILEY, LLC
999 Peachtree Street, NE
Suite 950
Atlanta, Georgia 30309
Telephone: (404) 892-4022
Facsimile: (404) 892-4033
mboorman@huffpowellbailey.com
aberland@huffpowellbailey.com

Paul F. Malek, Esq.
*Admitted Pro Hac Vice*
Huie, Fernambucq & Stewart, LLP
2801 Highway 280 South
Protective Center, Suite 200
Birmingham, Alabama 35223
pmalek@huielaw.com

**FONT CERTIFICATE**

Pursuant to Local Rule 7.1D, I hereby certify that this pleading was prepared using a font and point selection approved by the Court in Local Rule 5.1C.

/s/ *Michael R. Boorman, Esq.*
Michael R. Boorman, Esq.
Georgia Bar No. 067798

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2013, I electronically filed the foregoing FORD MOTOR COMPANY'S MOTION TO PRECLUDE EVIDENCE OF ALTERNATIVE DESIGN, OR IN THE ALTERNATIVE, MOTION TO COMPEL with the Clerk of the Court using the CM/ECF system which will automatically send email notification to the following attorneys of record:

M. Gino Brogdon, Sr., Esq.
Law Office of M. Gino Brogdon, Sr.
174 Walthall Street
Atlanta, Georgia 30316
mginob@gmail.com

R. Timothy Morrison, Esq.
M.J. Blakely, Jr., Esq.
Jay F. Hirsch, Esq.
Pope, McGlamry, Kilpatrick,
    Morrison & Norwood, PC
The Pinnacle, Suite 925
3455 Peachtree Road, N.E.
Atlanta, Georgia 30326-3243
efile@pmkm.com

Paul V. Kilpatrick, Esq.
David C. Rayfield, Esq.
Pope, McGlamry, Kilpatrick,
    Morrison & Norwood, PC
1111 Bay Avenue, Suite 450
Columbus, Georgia 31901-2412
efile@pmkm.com

Thomas P. Willingham, Esq.
Law Offices of Thomas Willingham, P.C.
3800 Colonnade Parkway
Suite 330
Birmingham, Alabama 35242
tom@tpwpc.com

*/s/ Michael R. Boorman, Esq.*
Michael R. Boorman, Esq.
Georgia Bar No. 067798
Audrey K. Berland, Esq.
Georgia Bar No. 591485