**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **CYNTHIA McDANIEL, individually,** | ) | |
| **and as Guardian and Conservator of** | ) | |
| **KIRBY LEE McDANIEL, JR., an** | ) | |
| **Incapacitated Person,** | ) | |
| | ) | **Civil Action No:** |
| | ) | **1:12-cv-01470-RLV** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FORD MOTOR COMPANY,** | ) | |
| | ) | |
| **Defendant.** | | |

<u>**PLAINTIFF'S EVIDENTIARY SUBMISSION**</u>

COMES NOW, the Plaintiff, Cynthia McDaniel, individually and as Guardian and Conservator of Kirby Lee McDaniel, Jr., an incapacitated person, and files with her Response to Defendant's Motion to Preclude Evidence of Alternative Design or, In the Alternative Motion to Compel:

Deposition of Chris Caruso.......... . . . . . . .. . . . . . . . . . . . . . . . . Plaintiff's Exhibit D("PXD")

4-10-13 correspondence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Plaintiff's Exhibit E("PXE")

E-mail Correspondence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Plaintiff's Exhibit F("PXF")

Respectfully submitted, this the 15th day of May, 2013.

/s Thomas P. Willingham
**Thomas P. Willingham**
Georgia Bar No. 235049
Attorney for the Plaintiff
**LAW OFFICES OF THOMAS P. WILLINGHAM, P.C.**
3800 Colonnade Parkway, Suite 330
Birmingham, AL 35243
(205) 298-1011
Fax (205) 298-1012
Email: tom@tpwpc.com

**M. Gino Brogdon, Sr.**
Georgia Bar No. 084252
Attorney for the Plaintiff
**LAW OFFICE OF M. GINO BROGDON, SR.,**
174 Walthall Street
Atlanta, GA 30316
(404) 643-2927
Email: mginob@gmail.com

**R. Timothy Morrison**
Georgia Bar No. 525130
Attorney for the Plaintiff
**POPE, McGLAMRY, KILPATRICK, MORRISON & NORWOOD, PC**
The Pinnacle, Suite 925
3455 Peachtree Road, N.E.
P.O. Box 191625 (31119-1625)
Atlanta, Georgia  30326-3243
(404) 523-7706
Fax (404) 524-1648
E-mail:  efile@pmkm.com

**David C. Rayfield**
Georgia Bar No. 596706
Attorney for the Plaintiff
**POPE, McGLAMRY, KILPATRICK,**
**MORRISON & NORWOOD, PC**
1111 Bay Avenue, Suite 450
P.O. Box 2128 (31902-2128)
Columbus, Georgia  31901-2412
(706) 324-0050
Fax (706) 327-1536
E-mail:  efile@pmkm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th  day of May, 2013 I electronically filed the foregoing PLAINTIFF'S EVIDENTIARY SUBMISSION FOR HER RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO PRECLUDE EVIDENCE OF ALTERNATIVE DESIGN OR, IN THE ALTERNATIVE, MOTION TO COMPEL with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record: Michael R. Boorman, Audrey K. Berland and Paul F. Malek.

/s Thomas P. Willingham
**Thomas P. Willingham**
Georgia Bar No. 235049
Attorney for the Plaintiff